[No. 6632-1-III. Division Three. May 21, 1985.]

*In the Matter of the Personal Restraint of* LARRY D. CHRISTY, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *dismissed in part* by unpublished per curiam opinion.

[No. 6179-5-III. Division Three. May 23, 1985.]

*In the Matter of the Marriage of* SHARON STEVENSON ADAMS, *Respondent, and* JAMES E. STEVENSON, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 64179, James B. Mitchell, J., entered November 2, 1983. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 12124-3-I. Division One. May 28, 1985.]

DORIS C. SCHWALD, *Individually and as Administratrix, Respondent,* v. ROBERT CLYDE REESE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-2-04265-1, Daniel T. Kershner, J., entered July 28, 1982. *Reversed* and *remanded* by unpublished opinion per Corbett, C.J., concurred in by Ringold and Webster, JJ.